Paul D. Stevens (Cal. Bar. No. 207107)
pstevens@stevenslc.com
Lauren A. Bochurberg (Cal. Bar. No. 333629)
lbochurberg@stevenslc.com
Robert J. Pribish (Cal. Bar. No. 244642)
rpribish@stevenslc.com
**STEVENS, LC**
1855 Industrial Street, Suite 518
Los Angeles, California 90021
Tel: (213) 270-1211
Fax: (213) 270-1223

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JENNIFER ENDRES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NEWELL BRANDS INC. a Delaware Corporation doing business in California; THE YANKEE CANDLE COMPANY, INC. a Delaware Corporation doing business in California; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 24-cv-952-MWF-DFM<br><br>[PROPOSED] ORDER FOR STIPULATED PROTECTIVE ORDER<br><br>Judge: Hon. Michael Fitzgerald<br>Ctrm: 5A |

```
```

1  Tammy B. Webb (SBN 227593)
   tbwebb@shb.com
2  Russell L. Taylor (SBN 345844)
3  rtaylor@shb.com
   **SHOOK, HARDY & BACON L.L.P.**
4  555 Mission Street, Suite 2300
5  San Francisco, CA 94105
   Tel: (415) 544-1900 | Fax: (415) 391-0281
6
7  Mitchell F. Engel (admitted *pro hac vice*)
   mengel@shb.com
8  **SHOOK, HARDY & BACON L.L.P.**
9  2555 Grand Blvd.
   Kansas City, MO 64108
10 Tel: (816) 474-6550 | Fax: (816) 421-5547
11 Attorneys for Defendants,
   Newell Brands Inc. and The Yankee Candle Company, Inc.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DOCUMENT PREPARED ON RECYCLED PAPER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[~~PROPOSED~~] ORDER

Having considered the foregoing Stipulated Protective Order and finding good cause therefore, the Court hereby enters the Stipulated Protective Order as the Order of this Court.

**IT IS SO ORDERED.**

Dated: December 17, 2024

HONORABLE DOUGLAS F. McCORMICK
United States Magistrate Judge

# CERTIFICATE OF SERVICE

I, Nelida Meza, declare that I am over the age of eighteen years and not a party to this action. I am employed in Los Angeles County, and my business address is Stevens, LC 1855 Industrial Street, Suite 518, Los Angeles, California 90021. On December 12, 2024, I hereby certify that a true and complete copy of the foregoing documents: **[PROPOSED] ORDER FOR STIPULATED PROTECTIVE ORDER** have been served by forwarding said copy by electronic submission through my email the documents listed above to:

| | |
|---|---|
| Tammy B. Webb (SBN 227593)<br>tbwebb@shb.com<br>Russell L. Taylor (SBN 345844)<br>rtaylor@shb.com<br>**SHOOK, HARDY & BACON L.L.P.**<br>555 Mission Street, Suite 2300<br>San Francisco, CA 94105<br>Tel: (415) 544-1900 \| Fax: (415) 391-0281<br><br>Mitchell F. Engel (admitted *pro hac vice*)<br>mengel@shb.com<br>**SHOOK, HARDY & BACON L.L.P.**<br>2555 Grand Blvd.<br>Kansas City, MO 64108<br>Tel: (816) 474-6550 \| Fax: (816) 421-5547<br>Attorneys for Defendants,<br>Newell Brands Inc. and The Yankee Candle Company, Inc. | Attorneys for Defendant,<br>NEWELL BRANDS INC. a Delaware Corporation doing business in California;<br>THE YANKEE CANDLE COMPANY, INC. a Delaware Corporation doing business in California; and DOES 1 through 10, inclusive |

1  I declare under penalty of perjury under the laws of the State of California that
2  the foregoing is true and correct.

3
4  DATED: December 12, 2024            STEVENS, L.C.

6                                                  By:  /s/
7                                                       Nelida Meza